IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FRANK ROBLES,

    Plaintiff,

vs.                                                  No. CV 19-00265 KG/KK

PROBATION AND PAROLE,
ISABEL LUCERO, and
CURRY COUNTY DETENTION CENTER,

    Defendants.

## JUDGMENT

**THIS MATTER** is before the Court under Fed. R. Civ. P. 41(b) on the 1983 Tort Claim Complaint filed by Plaintiff Frank Robles (Doc. 1) and the Court having entered its Memorandum Opinion and Order dismissing the case without prejudice,

**IT IS ORDERED** that **JUDGMENT** is entered and the 1983 Tort Claim Complaint filed by Plaintiff Frank Robles (Doc. 1) is **DISMISSED** without prejudice under Fed. R. Civ. P. 41(b).

_____
UNITED STATES DISTRICT JUDGE